UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JEREMY EVAN ELLIOTT,       )
                                         )
        Plaintiff,        )
                                         )
        v.           )       1:18-cv-00449-JAW
                                         )
RALPH NORWOOD, et al       )
                                         )
        Defendants.     )

---

JEREMY EVAN ELLIOTT,       )
                                         )
        Plaintiff         )
                                         )
        v.           )       1:18-cv-00450-JAW
                                         )
PENOBSCOT COUNTY JAIL     )
HEALTH AND MEDICAL DEPT.,  )
                                         )
        Defendant      )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 11, 2019, the Magistrate Judge issued a consolidated Recommended Decision (ECF No. 6), recommending dismissal of these matters in accordance with 28 U.S.C. §§ 1915 and 1915A. The Recommended Decision included notification that the deadline for filing objections and for the Plaintiff to amend his complaints to assert an actionable claim against any of the defendants was fourteen (14) days from service of the

Recommended Decision. The deadline has expired and the Plaintiff has not filed any objection or amended complaint.[1]

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceedings are necessary.

Accordingly, it is hereby ORDERED that these actions be and hereby are DISMISSED pursuant to and in accordance with 28 U.S.C. §§ 1915 and 1915A.

SO ORDERED.

_/s/ John A. Woodcock, Jr._
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2019

---

[1] The Clerk's Office sent a copy of the recommended decisions to Mr. Elliott on February 11, 2019 at his listed address. As Mr. Elliott may still be incarcerated, the so-called mailbox rule may apply. Any objection by Mr. Elliott was due by February 26, 2019. The Court held back on issuing this decision to make certain that sufficient time had expired to give Mr. Elliott a fair opportunity to object. He has not done so.